# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

IN RE: **Michael Randolph Gatlin**    BK- **10-14449** NLJ
**Linda Kay Gatlin**
   Debtor(s).                Chapter 13

## TRUSTEE'S OBJECTION AND/OR
## REQUEST FOR SETTING OF HEARING ON CONFIRMATION

The Chapter 13 Trustee hereby requests this court set the above-styled matter for a confirmation hearing, and for cause therefore would state:

☒ Trustee objects to confirmation
  ☒ The proposed plan is not feasible   ☒ Terms must increase   ☐ Per I & J _____
  ☒ Plan Payments are not current.
  ☐ Filing fee not paid in full
  **Rsvd** ☒ Plan fails to pay general unsecured pursuant to means test **$32,877.60**
  ☒ Certificate of service   ☐ not provided, or  ☒ time has not run. **Amd Plan**
  ☐ 60 days pay vouchers not provided_____
  ☐ All debts not provided for_____
  ☐ Plan was not proposed in good faith.
  ☐ Proposed payments to creditors must change.
  ☐ Paying for item(s) not necessary for reorganization.
  ☐ Tax returns not provided.   ☐ Plan fails to pay liquidation value.
  ☒ Debtor(s) are above median income and plan not proposed for 60 months.
☐ Oklahoma Tax Commission objects to confirmation ☐ Unfiled returns for _____
☐ Internal Revenue Service objects to confirmation ☐ Unfiled returns for _____
☐ Creditor in attendance at the 341 meeting objects to confirmation _____
_____
☐ Written objection filed by _____
☐ Other _____
_____
☐ Any dismissal shall be requested with prejudice.

If the case is not confirmed, the Trustee requests dismissal and any other relief the court deems just.

DATE: **8/26/10**                                              Respectfully submitted,

cc: Original filed with Clerk                                  *John Hardeman*
    Debtor(s) Attorney                                         John Hardeman
                                                               Chapter 13 Trustee

*************************************************************

## NOTICE OF HEARING

Pursuant to Trustee's Request for Setting of Hearing on Confirmation, this case will be set for a Confirmation Hearing on **11/23/10**, at **9:30** a.m. in the Second Floor Courtroom, before the Honorable Niles L. Jackson. The Clerk of the Court will provide proper notice thereof in compliance with the applicable rules of procedure. **Any party desiring to be heard at the Confirmation Hearing must file a written objection no later than eighteen days after the conclusion of the § 341 Meeting of Creditors. Loc. R. Bankr. P. 3015(e)(1) and (e)(3).**