UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

IN RE:   MICHAEL RANDOLPH GATLIN
         LINDA KAY GATLIN

          Debtors.

Bk. Case No. 10-14449 NLJ
CHAPTER 13

NOTICE OF CHANGE OF ADDRESS

SHAPIRO & CEJDA, L.L.C., Attorney for EverHome Mortgage Company, a party in interest in the above-captioned case, hereby gives notice to all parties of change of address for creditor.

    NEW DISBURSEMENT ADDRESS:
    EverBank
    P.O. Box 0049
    Palatine, IL  60055-0049

Further, the above-named party in interest hereby requests that the Trustee's office make disbursements, Clerk of the above-named Court, counsel for Debtor(s), Trustee, and any other party mailing notices in this case, mail to said address.

DATED this 28th day of May, 2014.

SHAPIRO & CEJDA, LLC


BY: s/Kirk J. Cejda
    Kirk J. Cejda #12241
    770 NE 63rd St
    Oklahoma City, OK 73105-6431
    (405)848-1819
    Attorney for Secured Creditor
    (405)848-2009 (Facsimile No.)
    kcejda@logs.com

CERTIFICATE OF MAILING

The undersigned hereby certifies that on the 9th of June, 2014, the foregoing pleading was mailed via U.S. Mail, first class, postage prepaid to the following parties, to-wit: Michael Randolph Gatlin and Linda Kay Gatlin, 1002 Indian Road, Walters, OK 73572, (Debtors). Further, I certify that a true and correct copy of the foregoing pleading was electronically served on the 9th of June, 2014, using the CM/ECF system to the following parties: Monte J. Walters, (Attorney for Debtors), John T. Hardeman, (Trustee).

s/Kirk J. Cejda
Kirk J. Cejda #12241

File No. 10-107032